IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-241-RJC-DCK

| | |
|---|---|
| REBECCA WORKMAN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| MATRIX ABSENCE MANAGEMENT, INC. and AMERICAN GREETINGS CORPORATION, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) filed by Robert E. Harrington, concerning Kristine M. Woliver on June 14, 2016. Ms. Kristine M. Woliver seeks to appear as counsel *pro hac vice* for Defendants Matrix Absence Management, Inc. and American Greetings Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) is **GRANTED.** Ms. Kristine M. Woliver is hereby admitted *pro hac vice* to represent Defendants Matrix Absence Management, Inc. and American Greetings Corporation.

**SO ORDERED**.

Signed: June 14, 2016

David C. Keesler
United States Magistrate Judge