UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
Civil Action No.: 3:16-cv-00241-RJC-DCK

| | | |
|---|---|---|
| REBECCA WORKMAN, | ) | |
| | ) | |
| Plaintiff | ) | **STIPULATION OF DISMISSAL** |
| | ) | **(F.R.C.P. Rule 41(a)(1)(A)(ii))** |
| vs. | ) | |
| | ) | |
| MATRIX ABSENCE MANAGEMENT, | ) | |
| INC, and AMERICAN GREETINGS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

The parties, by and through counsel, hereby stipulate that the above-referenced matter against the Defendants in the above-entitled action, shall be dismissed with prejudice. Each party shall bear their own costs.

This the 13th day of October, 2016.


/s/ Jill S. Kirila
Jill S. Kirila
Attorney Defendants
Matrix Absence Management, Inc., and
American Greetings Corporation
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
Tel. 614-365-2700
Fax 614-365-2499
jill.kirila@squirepb.com

/s/ Michael J. Bednarik
Michael J. Bednarik
Attorney for Plaintiff, Rebecca Workman
Law Offices of Michael J. Bednarik, P.A.
2004 Park Drive
Charlotte, NC 28204
Tel. 704-376-0808
Fax 704-376-3531
mike@bednariklaw.com